**Order entered April 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01314-CV

## IN THE INTEREST OF A.A.M. AND J.M.J., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-15428**

## ORDER

Before the Court is appellee's April 15, 2019 second motion seeking a thirty-day extension of time to file a brief. We note appellant's response opposing the motion. However, due to the voluminous size of the appellate record and counsel's recent retention, we **GRANT** the motion and extend the time to **May 15, 2019**. We caution appellee that further extension requests will be strongly disfavored.

/s/      ERIN A. NOWELL
         JUSTICE